January 2, 2015

DONNIE RAY WESTBROOK,
　　　　Relator

V.

HENDERSON COUNTY
DISTRICT ATTORNEY'S OFFICE,
　　　　Respondent

82,857-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 09 2015
Abel Acosta, Clerk

Dear Court of Criminal Appeals Clerk,

　　Enclosed for filing is Relator's MOTION TO ARREST VOID JUDGMENT.

　　Please stamp and date the copy of this cover page and return to me inside the enclosed self-addressed stamped envelope.

Thank you for your kind assistance in this matter.

Sincerely,

Donnie R. Westbrook,
　　　　Relator

COVER LETTER

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS, AT AUSTIN


DONNIE RAY WESTBROOK,
      Relator

                              CAUSE NO. B-16,755

V.

HENDERSON COUNTY
DISTRICT ATTORNEY'S OFFICE,
      Respondent


MOTION TO ARREST VOID JUDGMENT

Relator, DONNIE R. WESTBROOK, pursuant to Rule 72.14 of the Tex. R. App. Proc., moves to file an original MOTION TO ARREST VOID JUDGMENT and would show the Court the following:

1. No adequate remedy at law exists from Respondent's VOID Judgment of Conviction in cause # B-16,755, where said Judgment lacks a Coroner's Inquest upon dead bodies, where Relator was unlawfully convicted in the trial court, without an inquest in this cause.

2. There exists evidence in the record where a ministerial act to be compelled, where Respondent lost said inquest and coroner's report on cause of death, where Respondent has a duty to vacate such void Judgment of Conviction, where a MOTION TO ARREST VOID JUDG- MENT may be use to set aside a lower court's judgment that is void as a matter of law, because it exceeds the courts adjudicative powers and violates Relator's due process rights.

1

3. Relator is entitled to a judgment of acquittal and/or a new trial.

4. Counsel was ineffective, in his own words, as trial records reflect.

5. For the foregoing reasons, this Court should GRANT this MOTION TO ARREST VOID JUDGMENT, pursuant to Rule 78 EXTRAORDINARY MATTERS, Tex. R. App. Proc.

January 2, 2015

Respectfully Submitted,

Donnie Ray Westbrook
TDCJ# 1587860
2101 FM 369 North
Iowa Park, TX 76367

2